## Third District.

Bruno Hefer, individually and administrator of estate of Emma Catherine Hefer, deceased, appellees, v. Charles M. Thomson, appellant. Gen. No. 9,108.

Opinion filed April 20, 1938. Rehearing denied July 26, 1938.

Hill & Bullington, for appellant; K. L. Richmond, of counsel. Dryer, Brown & Poos, for appellees.

Mr. Justice Davis delivered the opinion of the court.

George W. Solomon, appellee, v. Franklin Life Insurance Company of Springfield, appellant. Gen. No. 9,101.

Opinion filed April 20, 1938. Rehearing denied July 26, 1938.

James C. Jones and Lawrence Hoff, for appellant. Leslie G. Pefferle, for appellee.

Mr. Justice Riess delivered the opinion of the court.

## Fourth District.

People of the State of Illinois for use of George Costopolus, appellee, v. L. A. Maxwell, defendant, and Clara E. Maxwell et al., appellants.

Opinion filed June 6, 1938. Rehearing denied July 7, 1938.

Jacoby & Daly, for appellants. Wilbur A. Trares, for appellee.

Mr. Presiding Justice Stone delivered the opinion of the court.

Otillie Blum et al., appellees, v. Clara Buesking et al., appellants.

Opinion filed June 6, 1938. Rehearing denied July 7, 1938.

Warnock, Williamson & Burroughs, for appellants. Henry B. Eaton, for appellees.

Mr. Justice Edwards delivered the opinion of the court.